IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Filed
NOV 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

EDWARD T. SAADI,                ) CASE NO.: 07-mc-80255-RMW
                                )
        Plaintiff,              ) Judge Ronald M. Whyte
                                ) Mag. Harold R. Lloyd
v.                              )
                                )
JOHN DOE #1, et. al,            ) NOTICE OF ADDRESS CHANGE
                                )
        Defendants              )
                                )

ORIGINAL

## NOTICE OF ADDRESS CHANGE

NOW COMES Plaintiff EDWARD T. SAADI, *pro-se*, and hereby notifies the Court and all interested persons that, effective immediately, his new address is as follows:

Edward T. Saadi, Esq.
970 Windham Court, Suite 7
Boardman, OH  44512
(330) 782-1954 (telephone)
(330) 266-7489 (fax)
EdwardSaadi@aol.com (email)

Dated this 7th day of November, 2007

_____
Edward T. Saadi
*pro-se* Plaintiff
970 Windham Court, Suite 7
Boardman, OH  44512
Telephone: (330) 782-1954
Fax: (330) 266-7489
E-mail:  EdwardSaadi@aol.com